UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of June, two thousand twenty.

Before:   Richard C. Wesley,
      Debra Ann Livingston,
      Joseph F. Bianco,
        *Circuit Judges.*

_____

Nicole Jones,

  Plaintiff - Appellant,

v.

Target Corporation,

  Defendant - Appellee.

_____

**STATEMENT OF COSTS**

Docket No. 18-1159

  IT IS HEREBY ORDERED that costs are taxed in the amount of $550.00 in favor of the Appellee.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/09/2020